IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:21-cv-00343-MOC-WCM

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | ORDER |
| 2019 DODGE CHALLENGER R/T, ) | |
| ) | |
| Defendant. ) | |
| ) | |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 6) filed by Maria T. Perry. The Motion indicates that Ms. Perry, a member in good standing of the Bar of this Court, is local counsel for Claimant Quintania Gregg and that she seeks the admission of Stephen Silverman, who the Motion represents as being a member in good standing of the Bar of Arizona. It further appears that the requisite admission fee has been paid, and that there is no opposition to the Motion.

Accordingly, the Court **GRANTS WITH MODIFICATION** the Motion (Doc. 6) and **ADMITS** Stephen Silverman to practice *pro hac vice* before the Court in this matter as counsel for Claimant Quintania Gregg while associated with local counsel.

Signed: January 28, 2022

W. Carleton Metcalf
United States Magistrate Judge